AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 11, 2021**

SEAN F. McAVOY, CLERK

CHAD BOCK, a single man; and NATHAN BOCK, a married man;

*Plaintiffs*

v.

STATE OF WASHINGTON; WASHINGTON DEPARTMENT OF FISH AND WILDLIFE; WDFW OFFICER JOLYNN BEACHENE; WDFW SARGENT MIKE SPRECHER; DAN RAHN, WDFW CAPTAIN; JESSE JONES; and DOES 1-10;

*Defendants*

Civil Action No.   2:19-cv-00308-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: State Defendants' Motion and Memorandum for Summary Judgment (ECF No. 20) is GRANTED. Plaintiffs' Motion for Partial Summary Judgment on Liability (ECF No. 27) is DENIED. Judgment entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on motions for Summary Judgment (ECF No. 20) and Partial Summary Judgment (ECF No. 27).

Date:  2/11/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams